UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL JONES, SR.,<br><br>                    Plaintiff,<br><br>        -against-<br><br>BOARD OF IMMIGRATION,<br><br>                    Defendant. | 25-cv-1577 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 14, 2025, order, the Court dismisses this action, under Rule 41(b) of the Federal Rules of Civil Procedure, for failure to comply with the March 18, 2024 Standing Order. This dismissal is without prejudice to Plaintiff's filing a new civil action..

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 14, 2025
        New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge